IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 20-cv-03594-PAB-KMT

ETIENNE HARDRE, and
SDG MURRAY, LTD d/b/a LOCALS BARBERSHOP, a Colorado limited liability company,

    Plaintiffs,

v.

BETSY MARKEY, in her official capacity as Executive Director of the Colorado Office of Economic Development and International Trade, and
JARED POLIS, in his official capacity as Governor of Colorado,

    Defendants.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order [Docket No. 53] of Chief United States District Judge Philip A. Brimmer entered on April 19, 2021, it is

ORDERED that plaintiffs' Motion for Preliminary Injunction [Docket No. 27] is DENIED. It is further

ORDERED that defendants' Motion to Dismiss [Docket No. 42] is GRANTED. It is further

ORDERED that plaintiffs' claim for relief is DISMISSED without prejudice. It is further

ORDERED that judgment shall enter for defendants and against plaintiffs on all claims. It is further

2

ORDERED that defendants are awarded their costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1. It is further ORDERED that this case is closed.

Dated: April 20, 2021

FOR THE COURT:

Jeffrey P. Colwell, Clerk

By s/ S. Grimm
       Deputy Clerk